IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
       Plaintiffs, )
) No. 2012 C 894
v. )
) Judge St. Eve
)
GERALD GOULD, Individually and d/b/a )
GOULD EXCAVATING AND TRUCKING, INC., ) Magistrate Judge Kim
)
       Defendant. )

## MOTION FOR DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, JOHN J. TOOMEY, and ARNOLD AND KADJAN, and, pursuant to FRCP 55, move for entry of an order of default and judgment in sum certain. In support of their Motion, Plaintiffs state as follows:

1.    Suit was filed on February 18, 2012 for collection of delinquent ERISA contributions, plus attorneys' fees, costs, and interest, under 29 U.S.C. 1132(g)(2).

2.    Service was made upon Gerald Gould, Individually and d/b/a Gould Excavating and Trucking, Inc., on March 14, 2012, and a copy of the proof of service was filed with the court on March 19, 2012.

3.    More than 21 days have passed without any response to the Complaint by Defendant, so that Defendant is now in default.

4. As supported by the attached Affidavits, the sums due on the Complaint are:

    $9,476.70  Pension
    $8,345.84  Welfare
       $925.00  Attorneys fees
       $493.00  Court costs
  $19,240.54

WHEREFORE, Plaintiffs pray for the entry of an order:

A. Finding Defendant, Gerald Gould, Individually and d/b/a Gould Excavating and Trucking, Inc., in default; and

B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $19,240.54.

                          TRUSTEES OF THE SUBURBAN TEAMSTERS
                          OF NORTHERN ILLINOIS WELFARE AND
                          PENSION FUNDS

                          s/John J. Toomey
                          ARNOLD AND KADJAN
                          203 N. LaSalle Street, Suite 1650
                          Chicago, IL 60601
                          Telephone No.: (312) 236-0415
                          Facsimile No.: (312) 341-0438
                          Dated: April 5, 2012